No. 190. NARDONE ET AL. *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Louis Halle, Joseph P. Nolan,* and *Thomas O'R. Gallagher* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 197. ADAM *v.* SAENGER ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Civil Appeals, 9th Supreme Judicial District, of Texas, granted. *Mr. M. G. Adams* for petitioner. *Mr. Oliver J. Todd* for respondents.

No. 215. TAX COMMISSIONER *v.* WILBUR ET AL., Co-TRUSTEES. October 11, 1937. Petition for writ of certiorari to the Court of Appeals of Cuyahoga County, Ohio, granted. *Messrs. Herbert S. Duffy, A. F. O'Neil, Will P. Stephenson,* and *W. H. Middleton, Jr.,* for petitioner. *Messrs. Harold T. Clark, Atlee Pomerene,* and *Edwin H. Chaney* for respondents.

No. 218. MUNRO *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. George Clinton, Jr.,* and *Alger A. Williams* for petitioner. *Solicitor General Reed,* and *Messrs. Julius C. Martin, Wilber C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.

No. 231. UNITED STATES *v.* ESNAULT-PELTERIE. October 11, 1937. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Reed* for the United

States. *Messrs. Eugene V. Myers, R. Keith Kane, Edwin J. Pringle,* and *George J. Bean* for respondent.

No. 242. COMPANIA ESPANOLA DE NAVEGACION MARITIMA, S. A. *v.* THE NAVEMAR ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. T. Catesby Jones, D. Roger Englar, Oscar R. Houston,* and *James W. Ryan* for petitioner. *Messrs. Charles W. Hagen, Anthony V. Lynch, Jr.,* and *Horace T. Atkins,* for respondents.

No. 274. SAINT PAUL MERCURY INDEMNITY Co. *v.* RED CAB Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Burke G. Slaymaker* for petitioner. *Mr. William E. Reiley* for respondent.

No. 293. LAUF ET AL. *v.* E. G. SHINNER & Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Morris Fromkin* for petitioners. *Mr. Walter L. Gold* for respondent.

No. 300. ST. LOUIS, B. & M. RY. Co. ET AL. *v.* BROWNSVILLE NAVIGATION DISTRICT ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. J. H. Tallichet, Robert H. Kelley,* and *John P. Bullington* for petitioners. *Messrs. A. B. Cole, A. L. Reed,* and *Carl B. Callaway* for respondents.